ETHEL N. PAYNE, Respondent, v. DONALD PAYNE, Appellant.— Action for judgment of separation. By separate notices, defendant appeals from an order insofar as it permits the plaintiff to renew her motion for alimony *pendente lite* and for counsel fee upon the trial, and from a judgment of separation for plaintiff. Order denying motion of plaintiff for alimony *pendente lite* and for counsel fee, and further ordering that the denial be without prejudice to renewal of the motion upon the trial of the action as of the date of said motion, insofar as appealed from, unanimously affirmed, without costs. Judgment of separation modified on the law and the facts by striking out the fifth ordering paragraph and by providing, in lieu thereof, that the plaintiff's motion for counsel fee be denied. As thus modified, the judgment, insofar as appealed from, is unanimously affirmed, with costs to plaintiff. The findings are modified as follows: That part of the first sentence of finding "19" which reads "and $2,000.00 a year for the maintenance of the older daughter and $1,500.00 per year for the younger daughter then in high school" is reversed, and, in lieu thereof, the following finding is made: "and at least one-half of the sum necessary to support, maintain and educate the older daughter." So much of finding "20" as reads "And this court having determined the questions of fact in favor of the plaintiff, the court hereby allows to the plaintiff counsel fees in the sum of $2,500.00" is reversed and disapproved. As an additional finding, the court finds that the financial resources of the plaintiff were such as to render allowance to her of any counsel fee unnecessary to enable her to carry on or defend the action. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHEFFIELD FARMS CO., INC., Respondent-Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [130th St. and 94th Ave., Borough of Queens.] — In this consolidated tax certiorari proceeding, the Special Term determined that for each of the tax years 1941–42, 1942–43, and 1943–44, the assessment should be reduced from $1,255,000 to $1,095,000, and dismissed the writ of certiorari for the tax year 1939–40 on the ground that the proceeding "was not duly and timely begun." Upon appeal to this court, the order was modified "on the law and the facts" by deleting the · provisions so reducing the assessments, and by substituting in lieu thereof a provision dismissing the writs for the years 1941–42, 1942–43 and 1943–44. As thus modified the order was unanimously affirmed. (*People ex rel. Sheffield Farms Co., Inc.*, v. *Lilly, ante,* p. 812.) Upon appeal to the Court of Appeals the order of the Appellate Division was affirmed so far as it concerned the 1939–40 assessment, and otherwise the matter was remitted to this court for resettlement, so as to state the court's determination on the facts as to the tax years 1941–42, 1942–43, and 1943–44. (295 N. Y. 354.) The court finds that the fair, actual and full value of the relator's property for each of the tax years 1941–42, 1942–43, and 1943–44 was for land, $145,000, and for improvements, $1,230,000, total $1,375,000. The order of this court made on the 4th day of February, 1946, is resettled so as to include the foregoing findings as to valuation. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ.